[No. 11573–5–II. Division Two. January 9, 1989.]

HOWARD E. SCHMIDT, ET AL, *Appellants,* v. WILLIAM WILKERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–02923–8, Arthur W. Verharen, J., entered November 20, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed and Worswick, JJ.

[No. 11450–0–II. Division Two. January 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN JOSEPH MATTHEWS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–1–00490–4, Waldo F. Stone, J., entered October 16, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11289–2–II. Division Two. January 9, 1989.]

NORTH COAST CONSTRUCTION, INC., *Respondent,* v. THE CITY OF OCEAN SHORES, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–2–00867–3, Robert L. Charette, J., entered August 3, 1987. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

The unpublished opinion in this cause, which was filed on October 14, 1988, is *withdrawn* January 9, 1989.